APRIL 2, 1997

No. 96–8463 (A–704). HERMAN v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented

to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.